# Court of Appeals
# of the State of Georgia

ATLANTA,___November 04, 2016___

*The Court of Appeals hereby passes the following order:*

**A17A0541.  DIANE PARRIS et al. v. THOMAS COHEN, ADMINISTRATOR FOR ESTATE FRONICE PRICE.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, defendants Diane Parris and Darrell Price appealed to the state court, which entered judgment in favor of plaintiff Thomas Cohen.  Parris and Price then appealed directly to this Court.  We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary review.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  Parris and Price's failure to comply with the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*___11/04/2016___
 *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*